

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| In re Schlumberger Technology Corporation and The Dow Chemical Company, | * Original Mandamus Proceeding |
| No. 11-19-00204-CV | * October 24, 2019 |
| | * Memorandum Opinion by Bailey, C.J. Dissenting Memorandum Opinion by Stretcher, J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating) |

This court has inspected the record in this cause and concludes that Relators' petition for writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, we conditionally grant Relators' petition for writ of mandamus. We direct the Honorable Jeffrey Todd Robnett to vacate the order that he signed on May 28, 2019, which denied Relators' motion to dismiss, and to enter an order that dismisses the case. A writ of mandamus will issue only if Judge Robnett fails to act by November 4, 2019.